JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ZHAI,<br><br>        Plaintiff,<br><br>        v.<br><br>BRIDGESTONE FIRESTONE AMERICAS INC., et al.,<br><br>        Defendants. | Case No. CV 19-7057 FMO (SSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of October, 2020.

/s/<br>
Fernando M. Olguin<br>
United States District Judge